ORDERED.

**Dated: April 15, 2016**

_Karen S. Jennemann_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| JODELL M. ALTIER, ) | Case No. 6:15-bk-01838-KSJ |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| | |
| GOSHEN MORTGAGE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Adversary No. 6:15-ap-00156-KSJ |
| ) | |
| JODELL ALTIER, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| | |
| GENE T. CHAMBERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Adversary No. 6:16-ap-00013-KSJ |
| ) | |
| JODELL ALTIER, et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**AMENDED[1] ORDER CONSOLIDATING
ADVERSARY PROCEEDINGS AND SCHEDULING A PRETRIAL CONFERENCE**

---

[1] The Order Consolidating Adversary Proceedings (Doc. No. 20) is amended to correct the adversary proceeding numbers in the case caption.

This adversary proceeding came on a pretrial conference on April 7, 2016. After reviewing the pleadings and considering the position of interested parties, it is

**ORDERED**:

1.  Adversary Proceeding No. 6:15-ap-00156-KSJ and Adversary Proceeding No. 6:16-ap-00013-KSJ are consolidated for all purposes under 6:15-ap-00156-KSJ styled "In re Goshen Mortgage, LLC, Plaintiff vs. Jodell Altier, Defendant" (the "Lead Case").

2.  Any party filing a pleading or paper shall caption the pleading or paper in the same manner as used above in this order.

3.  The Clerk shall docket each such pleading or paper however only in the Lead Case. When so filed and docketed, the pleading or paper will be deemed filed in the other adversary proceeding as though filed and docketed there.

4.  A pretrial conference is scheduled for **June 9, 2016, at 2:45 p.m.**, in Courtroom A, Sixth Floor, 400 West Washington Street, Orlando, Florida 32801.

###

Copies furnished to:

The Clerk is directed to serve a copy of this order on all interested parties.