[Dclkdfta] [ENTRY OF DEFAULT]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                               Case No. 6:15−bk−01838−KSJ
                                                     Chapter 7

Jodell M Altier


_____Debtor*_____/

Goshen Mortgage, LLC



          Plaintiff*


vs.                                                  Adv. Pro. No. 6:15−ap−00156−KSJ


Jodell M Altier

Grande Legacy Group, a Texas joint stock company
et al

_____Defendant*_____/

**ENTRY OF DEFAULT**

   It appears from the record that defendant Grande Legacy Group, a Texas joint stock company failed to plead or
otherwise defend in this cause as required by law and therefore default is entered against the defendant as authorized by
Fed. R. of Bankr. P. 7055.



                                             FOR THE COURT
Dated: June 27, 2016                         Lee Ann Bennett , Clerk of Court
                                             George C. Young Federal Courthouse
                                             400 West Washington Street
                                             Suite 5100
                                             Orlando, FL 32801
                                             By: Karla Miller
                                             Deputy Clerk


     *All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two
     individuals.

     *All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.

Clerk's Office to Serve