

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/14/2016 01:00 PM

COURTROOM   6A, 6th Floor

**HONORABLE KAREN JENNEMANN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:15-bk-01838-KSJ | Chapter 7 | 11/19/2015 |
| **ADVERSARY:**   6:15-ap-00156-KSJ | | **Pltf Atty:**   Justin M. Luna |
| | | **Dft Atty:**  Jonathan B Alper |
| **DEBTOR:** | Jodell M Altier | |

**HEARING:**

Goshen Mortgage, LLC v. Altier

Goshen Mortgage LLC -v- Jodell Altier
(1) Pretrial Conference
(2) Plaintiff's Motion to Compel Attendance at Deposition and for Sanctions (Doc #33)
Pltf Atty:   Justin Luna
Def Atty:   Jonathan Alper
Note:   Continued f rom 4/7/16; 6/9/16
Consolidated with Adv. 16-13 (Chambers -v- Altier, et al)
Defendant's Answer to Complaint (Doc #11)
Defendant's Answer to Complaint (Doc #14)
Default as to Grande Legacy Group (Doc #32) entered 6/27/16.   Answer filed by Grande Legacy Group (Doc #36) 7/7/16
Order Directing Mediation (Doc #25) - To conclude by 6/9/16
Answer to Complaint by Grande Legacy Group (Doc #36)
Motion to Strike Answer Filed by Defendant Grande Legacy Group, a Texas Joint Stock Company by Gene Chambers (Doc #37) (filed 7/13/16)
.

**APPEARANCES:**:
Jonathan Alper (Debtor)
Debtor Jodell Altier also present
Justin Luna (Goshen)
Goshen rep also present

**RULING:**
Goshen Mortgage LLC -v- Jodell Altier

(1) Pretrial Conference:   continued to August 15, 2016 at 2:00 p.m. A.O.C.N.F.N.G.

(2) Plaintiff's Motion to Compel Attendance at Deposition and for Sanctions   (Doc #33) :   Granted. Order by Mr. Luna.

(3) Motion to Strike Answer filed by Defendant Grande Legacy Group, a Texas Joint Stock Company by Gene Chambers   (Doc #37): Granted. Order by Mr. Nardella.

 Pro memo prepared by DLM.

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.