ORDERED.

Dated:  July 19, 2016

_____
Karen S. Jennemann
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re | CASE NO. 6:15-bk-01838-KSJ |
| JODELL M. ALTIER, | CHAPTER 7 |
|     Debtor. _____/ | |
| GOSHEN MORTGAGE, LLC | ADV. NO.: 6:15-ap-00156-KSJ |
|     Plaintiff, v. | |
| JODELL M. ALTIER | |
|     Defendant. _____/ | |
| GENE T. CHAMBERS, | ADV. NO.: 6:16-ap-00013-KSJ |
|     Plaintiff, v. | |
| JODELL M. ALTIER, JENNIFER E. SANDMAN and JILL A ALTIER, as Successor Co-Trustees of the ALTIER FAMILY IRREVOCABLE TRUST U/A | |

**DTD 7/9/2002, GRANDE LEGACY GROUP (A Texas Joint-Stock Company) of Orange County, Florida, and JOSEPH E. ALTIER, as Trustees of Orange County, Florida,**

    **Defendants.**

_____/

### ORDER GRANTING GOSHEN MORTGAGE, LLC'S MOTION TO COMPEL ATTENDANCE AT DEPOSITION AND FOR SANCTIONS

**THIS CASE** came on for hearing on July 14, 2016 (the "Hearing") on the motion of **GOSHEN MORTGAGE, LLC** (the "Plaintiff") to compel Grande Legacy Group ("Grande Legacy" or "Defendant") to attend its deposition through its authorized representative and for sanctions, (the "Motion") (Doc. No. 33). Upon consideration of the Motion and the argument of the parties presented at the Hearing, it is

    **ORDERED:**

    1.    The Motion is **GRANTED**.

    2.    The Defendant or its authorized representative is directed to attend a deposition on taken by the Plaintiff or before September 2, 2016. Counsel for the Plaintiff and Defendant shall confer to schedule a mutually agreeable date for the deposition to be taken at the offices of **Latham, Shuker, Eden & Beaudine, LLP located at 111 North Magnolia Avenue, Suite 1400, Orlando, Florida 32801.**

    3.    Sanctions shall be awarded to the Plaintiff should the Defendant fail to comply with this Order, including but not limited to, Defendant or its representative paying Plaintiff's attorneys' fees and costs and the issuance of a writ of bodily attachment.

Attorney Justin M. Luna, Esq. is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.