ORDERED.

Dated:  July 20, 2016

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

| | |
|---|---|
| JODELL M. ALTIER, | Case No. 6:15-bk-01838-KSJ |
| | Chapter 7 |
| Debtor. | |
| _____/ | |

GOSHEN MORTGAGE, LLC,

    Plaintiff,

v.                                             Adversary Proceeding No.
                                               6:15-ap-00156-KSJ
JODELL ALTIER,

    Defendant.
_____/

GENE T. CHAMBERS, TRUSTEE,

    Plaintiff

v.                                             Adversary Proceeding No.
                                               6:16-ap-00013-KSJ
JODELL M. ALTIER, *et al.*

    Defendants.                        **CONSOLIDATED**
_____/

# ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE ANSWER (DOC. 36) FILED BY DEFENDANT GRANDE LEGACY GROUP, A TEXAS JOINT STOCK COMPANY (DOC. 37)

This case came on for hearing on July 14, 2016, to consider Plaintiff's Motion to Strike (the "Motion") (Doc. 37) the Answer (the "Answer") (Doc. 36) Filed by Defendant Grande Legacy Group, a Texas Joint Stock Company ("Defendant").  The Court having reviewed the Motion, having found that Defendant must be represented by counsel and that Defendant failed to set aside the Clerk's default prior to filing the Answer, having reviewed the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED**:

1. The Motion is **GRANTED**.

2. The Answer is stricken, and the Clerk is directed to mark the Answer as stricken on the docket.

Attorney Michael A. Nardella is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.