UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

JODELL M. ALTIER,

    Debtors.
_____/

Case No.: 6:15-bk-01838-KSJ
Chapter 7

GOSHEN MORTGAGE, LLC,

    Plaintiff,

v.

JODELL ALTIER,

    Defendant.
_____/

Adversary Proceeding No.:
6:15-ap-00156-KSJ

GENE T. CHAMBERS, TRUSTEE,

    Plaintiff,

v.

JODELL M. ALTIER, *et al.*

    Defendants.
_____/

Adversary Proceeding No.
6:16-ap-00013-KSJ

**CONSOLIDATED**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the *Order Granting Plaintiff's Motion to Strike Answer (Doc. 36) Filed by Defendant Grande Legacy Group, A Texas Joint Stock Company (Doc. 37)* (Doc No. 40) was furnished via electronic mail to all parties participating in the Court's CM/ECF notification system on July 20, 2016, and via U.S. Mail, postage prepaid on July 21, 2016 to:

Grande Legacy Group, a Texas Joint Stock Company
2507 Roat Drive
Orlando, Florida 32835

Grande Legacy Group, a Texas Joint Stock Company
2170 West SR 434, Suite 260
Longwood, Florida 32779

Dated this 21st day of July, 2016.

             */s/ Michael A. Nardella*_____
             Michael A. Nardella, Esq.
             Florida Bar No: 51265
             **NARDELLA & NARDELLA, PLLC**
             250 E. Colonial Drive, Suite 102
             Orlando, Florida 32801
             Telephone: (407) 966-2680
             Facsimile: (407) 966-2681
             Primary Email: mnardella@nardellalaw.com
             Secondary Email:akeppel@nardellalaw.com