ORDERED.

Dated: September 13, 2016

_____
Karen S. Jennemann
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| **In re:** | **CASE NO.** 6:15-bk-01838-KSJ |
| **JODELL M. ALTIER,** | **CHAPTER 7** |
| Debtor. _____/ | |
| **GOSHEN MORTGAGE, LLC,** | **ADV. PRO. NO.:** 6:15-ap-00156-KSJ |
| Plaintiff, | |
| v. | |
| **JODELL M. ALTIER,** | |
| Defendant. _____/ | |
| **GENE T. CHAMBERS,** | **ADV. NO.:** 6:16-ap-00013-KSJ |
| Plaintiff, | |
| v. | |
| **JODELL M. ALTIER, JENNIFER E. SANDMAN and JILL A ALTIER, as Successor Co-Trustees of the ALTIER FAMILY IRREVOCABLE TRUST U/A DTD 7/9/2002, GRANDE LEGACY GROUP, and JOSEPH E. ALTIER,** | |
| Defendants. | |

## ORDER GRANTING MOTION TO SUBSTITUTE
## AS COUNSEL FOR GRANDE LEGACY GROUP

**THIS CASE** came on for hearing on September 7, 2016 ("Hearing") upon the Motion to Substitute as Counsel for Grande Legacy Group ("GLG"), filed August 26, 2016 ("Motion") (Doc No. 47). Having considered the Motion, the Objection to the Motion filed by Darrin Lavine ("Mr. Lavine")(Doc. No. 56)(the "Response"), the argument of counsel for the movant, Mr. Lavine, the Debtor and Joseph Altier at the Hearing, and as otherwise being fully informed in the premises, and for the reasons stated on the record, it is hereby:

**ORDERED:**

1. The Motion is **GRANTED**. Justin M. Luna, Esq. and the Law Firm of Latham, Shuker, Eden & Beaudine, LLP are hereby substituted in for Jonathan Bull, Esq. and The Liberty Law Team, LLC as counsel for GLG in the instant matter.

2. Goshen Mortgage REO, LLC, is the 100% owner of GLG and holds all powers of management, direction, and control related to GLG.

Attorney Justin M. Luna is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.