ORDERED.

Dated: September 13, 2016

_____
Karen S. Jennemann
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION
## www.flmb.uscourts.gov

| | |
|---|---|
| **In re:** | **CASE NO.   6:15-bk-01838-KSJ** |
| **JODELL M. ALTIER,** | **CHAPTER 7** |
| Debtor. _____/ | |
| **GOSHEN MORTGAGE, LLC,** | **ADV. PRO. NO.:  6:15-ap-00156-KSJ** |
| Plaintiff, v. | |
| **JODELL M. ALTIER,** | |
| Defendant. _____/ | |
| **GENE T. CHAMBERS,** | **ADV. NO.: 6:16-ap-00013-KSJ** |
| Plaintiff, v. **JODELL M. ALTIER, JENNIFER E. SANDMAN and JILL A ALTIER, as Successor Co-Trustees of the ALTIER FAMILY IRREVOCABLE TRUST U/A DTD 7/9/2002, GRANDE LEGACY GROUP, and JOSEPH E. ALTIER,** Defendants. | |

## ORDER GRANTING GOSHEN MORTGAGE, LLC'S
## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

**THIS CASE** came on for hearing on September 7, 2016 ("Hearing") upon the motion by Goshen Mortgage, LLC ("Goshen"), requesting that Goshen replace Gene T. Chambers, Trustee (the "Trustee") as Plaintiff with respect to all claims and other causes of action the Trustee has against the Debtor and other third parties (the "Substitution Motion"), filed September 6, 2016 (Doc No. 54).

The Court, having reviewed the Substitution Motion, having heard the arguments of counsel present at the Hearing, noting the consent of the Trustee, and being otherwise fully advised in the premises, it is

**ORDERED:**

1. The Substitution Motion is **GRANTED**.

2. Goshen Mortgage, LLC, is substituted as the proper Plaintiff in the Adversary Case Number 6:16-ap-00013-KSJ, and the Trustee and her counsel are relieved from any further responsibility related to the instant case.

Attorney Justin M. Luna is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.