**[6ANOT07]** [NOTICE OF FAILURE TO COMPLY WITH MANDATORY ORDER]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                            Case No. 6:15−bk−01838−KSJ
                                                                  Chapter 7

Jodell M Altier


_____Debtor(s)_____/

Goshen Mortgage, LLC




            Plaintiff(s)


vs.                                                               Adv. Pro. No. 6:15−ap−00156−KSJ


Jodell M Altier



_____Defendant(s)_____/


NOTICE OF FAILURE TO COMPLY WITH THE AMENDED ORDER ESTABLISHING DEADLINE FOR
ATTORNEYS TO PARTICIPATE IN THE ELECTRONIC CASE FILING SYSTEM (ADMINISTRTIVE ORDER
ORL−2004−2)

   THIS IS NOTICE that the pleading titled Amended Notice of Appeal and Amended Motion for Stay Pending Appeal
(Document No. (s) 69 and 70 ) filed by Jonathan Bull on behalf of Grande Legacy Group, a Texas joint stock company
on September 22, 2016 was filed on paper and is in violation of the Amended Order Establishing Deadline for Attorneys
to Participate in the Electronic Case Filing System (Administrative Order ORL−2004−2). The above mentioned paper
filing will be accepted, however, if the attorney continues to file on paper, an Order to Show Cause may be issued.

   Attorneys currently filing electronically with other bankruptcy courts should complete an Electronic Case Filing
System Registration Form in order to receive a login/password.

   You may obtain more information on electronic filing by visiting our website at www.flmb.uscourts.gov/cmecf.htm or
by contacting the training team by sending an e−mail to ecfhelp.orl@flmb.uscourts.gov.

   DATED on September 23, 2016 .

                                    FOR THE COURT
                                    Lee Ann Bennett , Clerk of Court
                                    George C. Young Federal Courthouse
                                    400 West Washington Street
                                    Suite 5100
                                    Orlando, FL 32801

c: The Honorable Karen S. Jennemann, Chief Bankruptcy Judge
   The Honorable Karen S. Jennemann